THE STATE, EX REL. WILLIAMS, *v.* SULLIGAN ET AL., BOARD
OF ELECTIONS OF MAHONING COUNTY.

[Cite as State, ex rel. Williams, v. Sulligan,
20 Ohio St. 2d 8.]

(No. 69-617—Decided October 8, 1969.)

*Mr. Nathaniel R. Jones,* for relator.
*Mr. Vincent E. Gilmartin,* prosecuting attorney, and
*Mr. John A. Kicz,* for respondents.

*Per Curiam.* This is an action in mandamus to compel
the respondent board of elections to place relator's name
on the November 4, 1969, ballot as a candidate for the
Youngstown board of education. A demurrer has been
filed to the petition.

The petition shows on its face that on some of the
part-petitions filed by relator the circulators' affidavits
were notarized by the candidate. This rendered those
part-petitions invalid. *State, ex rel. Reed,* v. *Malrick,* 165
Ohio St. 483; *State, ex rel. Allen,* v. *Board of Elections,* 170
Ohio St. 19. With these part-petitions invalidated relator
lacked the required number of signatures and the board
has no duty to place his name on the ballot.

The demurrer to the petition is sustained and a writ
of mandamus is denied.

*Writ denied.*

TAFT, C. J., MATTHIAS, O'NEILL, SCHNEIDER, HERBERT,
DUNCAN and CORRIGAN, JJ., concur.